# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIRRELL DARNELL MURRAY, Petitioner, v. M. E. SPEARMAN, Warden Respondent. | CASE NO. 2:17-cv-01604-MWF (SK) **JUDGMENT** |

Pursuant to the Order Dismissing Mixed Petition, **IT IS ADJUDGED** that the petition for writ of habeas corpus and this action are hereby DISMISSED.

DATED: May 9, 2017

HON. MICHAEL W. FITZGERALD
U.S. DISTRICT JUDGE